JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CACERES JR., an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A., a nationally chartered bank; RECONTRUST COMPANY, N.A., a wholly owned subsidiary of BANK OF AMERICA; and DOES 1 through 20, inclusive;<br><br>  Defendant(s). | CASE NO. : 2:12-cv-01671-MWF (FMO)<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS CASE PURSUANT TO SETTLEMENT AGREEMENT** |

## DISMISSAL WITH PREJUDICE

Good cause being found, this case is hereby dismissed with prejudice.

Date: September 17, 2012

**The Honorable Michael W. Fitzgerald**

DISMISSAL